AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2026

SEAN F. MCAVOY, CLERK

SAMUEL H.
*Plaintiff*
v.

FRANK BISIGNANO
COMMISSIONER OF SOCIAL SECURITY
*Defendant*

Civil Action No. 2:25-CV-00525-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Having reviewed the record and the ALJ's findings, this Court concludes that the ALJ's decision is supported by substantial evidence and free of harmful legal error.
Mr. H.'s Brief, ECF No. 13, is DENIED. Defendant's Brief, ECF No. 17, is GRANTED.
Judgment in favor of Defendant.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge REBECCA L. PENNELL

Date: ______

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*